IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| US PETROCHEMICALS, INC. | § | |
| | § | |
| Plaintiff | § | CA H-13-cv-3648 |
| | § | |
| v. | § | |
| | § | |
| H. CLARKSON & CO. LTD. | § | |
| | § | |
| Defendant. | § | |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

IT IS HEREBY STIPULATED AND AGREED between the parties, by their undersigned attorneys, as follows:

WHEREAS on August 15, 2013, Plaintiff, US PETROCHEMICALS, INC. ("USP") commenced proceedings against Defendant H. CLARKSON & CO. LTD. ("H. CLARKSON") in the District Court for Harris County, Texas in an action captioned *US Petrochemicals Inc. v. Clarkson Shipping Services USA, LLC and H. Clarkson Co. Ltd.* [sic], Case No. 2013-48027; and

WHEREAS on December 13, 2013, H. CLARKSON filed a Notice of Removal of the civil action from the District Court for Harris County, Texas to the United States District Court for the Southern District of Texas; and

1

WHEREAS on December 20, 2013, Defendant, H. CLARKSON filed an Answer with Affirmative Defenses to USP's Petition; and

WHEREAS on January 13, 2014, the parties filed a Stipulation of Dismissal as to Clarkson Shipping Services USA, LLC; and

WHEREAS Plaintiff USP and Defendant H. CLARKSON have now agreed, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), that the action be dismissed with prejudice and without costs to any party, and the Clerk of the Court be ordered to close the case; therefore

IT IS HEREBY STIPULATED AND AGREED that this action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully Submitted,

| | |
|---|---|
| By: s/s *John P. Venzke*<br>John P. Venzke<br>The Venzke Law Firm<br>Federal ID Number 2374<br>Texas Bar Number: 20546500<br>Post Office Box 667485<br>Houston, Texas 77266<br>(713) 522-1190<br>(713) 559-0333 – facsimile<br>jvenzke@comcast.net<br><br>*Attorneys for Plaintiff*<br>US Petrochemicals Inc. | By: s/s *George M. Chalos*<br>George M. Chalos<br>CHALOS & CO, P.C.<br>SDTX Federal ID No. 623727<br>Texas Bar Number: 2407854<br>7210 Tickner Street<br>Houston, Texas 77055<br>(713) 936-2427<br>(866) 702-4577<br>gmc@chaloslaw.com<br><br>*Attorneys for Defendant*<br>H. Clarkson & Co. Ltd. |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of July, 2014 a true and correct copy of the foregoing was delivered via the Court's CM/ECF system to counsel of record:

John Paul Venzke
The Venzke Law Firm LLP
P O Box 667485
Houston, TX 77266
Tel: 713-522-1190
Fax: 713-559-0333
Email: jvenzke@comcast.net
*Attorneys for Plaintiff US Petrochemicals Inc.*

        By:   /s/ George M. Chalos
                George M. Chalos