IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| US PETROCHEMICALS, INC. | § § | |
| Plaintiff | § § | CA H-13-cv-3648 |
| v. | § § | |
| H. CLARKSON & CO. LTD. | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff US PETROCHEMICALS, INC. ("USP") and Defendant H. CLARKSON & CO. LTD. ("H. CLARKSON") have entered into a joint stipulation whereby they have agreed to the dismissal with prejudice of the above-captioned action. The Court, having considered said stipulation of counsel, is of the opinion that there is no just reason for delaying the entry of the Order of Dismissal with Prejudice consistent with said stipulation.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees, and the Clerk of the Court is hereby ordered to close the case.

Signed this _10_ day of _July_, 2014.

_____
UNITED STATES DISTRICT JUDGE